Date: 02/03/11                  Page: 1

# DIVIDENDS REMITTED TO THE COURT

Check Number 107 Dated 02/03/11
Case Number 09-34700 - AMARIS, MIRANDA D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>   FINAL DISTRIBUTION<br>   4007 | 000001 | 600.00 | 0.94 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP VISA CARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION<br>   1228 | 000006 | 145.43 | 0.23 |
| JOSHUA P OLSON<br>OLSON MEMORIAL BILLING<br>PO BOX 251056<br>WOODBURY MN 55125<br>   FINAL DISTRIBUTION | 000013 | 2,119.60 | 3.31 |
| ---------- Remittance Total ---------- | | 2,865.03 | 4.48 |

*signature*
John A. Hedback, Trustee

COURT1    Rec #3302            Printed: 02/03/11 10:21 AM    Ver: 16.01c

11 FEB -4 AM 11:02
U.S. BANKRUPTCY COURT
ST. PAUL, MN